## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| GLOBAL TECH SYSTEMS, INC., | Case No.   1:14-CV-00865-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT STAN BROWN TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| BECO DAIRY AUTOMATION, INC. and STAN BROWN, | |
| Defendants. | |

Pursuant to the parties' Stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that Defendant Stan Brown's deadline to file an Answer in this matter will be ten (10) days after the Court enters a ruling on Defendant Beco Dairy Automation, Inc.'s Motion to Consolidate this matter with Case No. 12cv1310-LJO-SMS.

IT IS SO ORDERED.

Dated:   **July 21, 2014**                     **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE